# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DENNIS HART**
        **Plaintiff,**

    **v.**                                **Case No. 04C0721**

**PROFESSIONAL TRANSIT MANAGEMENT OF RACINE, INC.,**
**TRANSIT MANAGEMENT OF RACINE, INC.,**
**BRAD PUTZIER, and JOHN DIERS**
        **Defendants.**

---

## ORDER

On March 11, 2005, defendant Professional Transit Management of Racine, Inc. filed a motion for summary judgment, arguing that it was not a proper defendant in this suit because it had not existed during the relevant time period.  On April 7, 2005, pursuant to a stipulation of the parties, I ordered that Professional Transit Management of Racine, Inc. was dismissed from the case on the merits, with prejudice and without costs to any party.  Based on this stipulation, the motion for summary judgment is moot.  Therefore,

**IT IS HEREBY ORDERED** that defendant Professional Transit Management of Racine, Inc.'s motion for summary judgment (Docket # 11) is **DENIED** as moot.

Dated this 16th day of April, 2005.


                                     s/ Lynn Adelman
                                       LYNN ADELMAN
                                       District Judge